CHARLES R. BLENIS, Respondent, v. GLADYS M. FREEMAN, Appellant.—

Judgment and order of the County Court of Westchester county unanimously affirmed, with costs. No opinion. Present — Jenks, P. J., Thomas, Putnam, Blackmar and Kelly, JJ.